Desiree McGuire and Cadence DeVault
4625 Shade Tree Way
Antelope, California 95843
Telephone: (916) 224-7528
Email: desireemc@rocketmail.com

In Pro Se



FILED

APR 29 2022

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESIREE McGUIRE; et al., | Case No. 2:22-cv-000125-TLN-JDP |
| Plaintiffs, | **PLAINTIFF'S MOTION TO EXTEND TIME TO FILE RESPONSE TO DEFENDANTS' MOTION TO DISMISS (ECF No. 6, 7)** |
| v. | *(Federal Rule Civil Procedure §6(b))* |
| ROSEVILLE JOINT UNION HIGH SCHOOL DISTRICT, et al. and DOES 1 through 50, inclusive, | Date: May 19, 2022<br>Time: 10:00 a.m.<br>Ctrm: 9 |
| Defendants. | Judge: Honorable Jeremy D. Peterson<br><br>Action Filed: Jan. 20, 2022<br>Judge: Honorable Troy L. Nunley |

**PLAINTIFFS' MOTION TO ENLARGE TIME**

1. Plaintiff asks the Court to extend the time to file response to Defendants' Motion to Dismiss (ECF No. 6, 7, 9), as authorized by Federal Rule of Civil Procedure 6(b).

**A. INTRODUCTION**

2. Plaintiffs are Desiree McGuire and Cadence DeVault (C.D.); *the* defendant is Roseville Joint Union High School District, et. al.

3. Plaintiff sued the defendant for: Multiple Civil Rights Violations.

4. On January 20, 2022, Plaintiff filed Complaint. (ECF, 1)

- 1 -

5. On February 17, 2022, Defendant filed a Motion to Dismiss with Motion Hearing set for April 7, 2022. (ECF, 6)
6. On March 18, 2022, Plaintiffs filed Motion for Extension of Time to file response to Defendants' Motion to Dismiss. (ECF, 10)
7. On March 21, 2022, Court granted Plaintiffs' Motion for Extension of Time to file response to Defendants' Motion to Dismiss. (ECF, 11)
8. On April 28, 2022, Plaintiff attempted to meet and confer with Defendants' attorney Sloan Robert Simmons (#233752) and it is believed that counsel will oppose this request.
9. This is Plaintiffs' second request to extend the time to file response to Defendants' Motion to Dismiss.

## B. ARGUMENT

10. A court may grant a motion to extend time before deadline. *McIntosh v. Antonino*, *71 F.3d 29, 38 (1st Cir.1995)*; *Hetzel v. Bethlehem Steel Corp.*, *50 F.3d 360, 367 (5th Cir.1995)*
11. The Court should grant Plaintiffs' request for an extension of time to respond to the Defendants' Motion to Dismiss until June 1, 2022, for the following reasons:
    a. Additional time needed to perfect service on Defendant Jess Borjon. Plaintiffs have been informed that Defendant Jess Borjon is no longer working for RJUHSD. The Sheriff attempted to serve **10 separate times**; February 8, 9, 10, 15, 16 (am and pm attempt), and 17, 2022 as well as, March 30, 31, and April 1, 2022. See **EXHIBIT 01**, and **EXHIBIT 02**, Declaration of Desiree McGuire.
    b. Plaintiff has requested assistance from Defendants' attorney Sloan Robert Simmons (#233752) in locating unserved defendant, Jess Borjon.
    c. Plaintiff, Desiree McGuire, as a Pro Se litigant is trying to expeditiously complete the response to Defendants' Motion to Dismiss between the demands of her normal working hours, running a household, and homeschooling her children.
    d. Defendants will not be prejudiced by the extension of time. Plaintiffs are acting expeditiously and in good faith to file the motion of extension. The Defendants' will not be prejudiced by the short length of delay.

e. The potential impact of the delay on the judicial proceedings is not significant. Due to the infancy of these proceedings, it seems possible for the court to be able to rearrange the schedule to eliminate or minimize any inconvenience that may be caused by the delay.

f. Plaintiffs have acted in good faith. As soon as Plaintiffs became aware of their need for additional time, they filed for this Motion to Extend Time before time had expired. Plaintiffs have not acted with fraudulent intent nor with unfaithful performance of duties as Pro Se litigants.

12. Motion to extend the time to file objections to the magistrate judge's findings is authorized. *Patterson v. Mintzes*, 717 F.2d 284, 286–87 (6th Cir.1983).

13. A court may grant a request to extend the time for a good cause. Fed. R. Civ. P. 6(b)(1)(A); *Rachel v. Troutt*, 820 F.3d 390, 394–95 (10th Cir. 2016); *Ahanchian v. Xenon Pictures, Inc.*, 624 F.3d 1253, 1258–59 (9th Cir. 2010).

14. If the party asks for additional time before the deadline expires, the party should show good cause. FRCP 6(b)(1)(A); *Tindall v. First Solar Inc.*, 892 F.3d 1043, 1048 (9th Cir.2018); *Rachel v. Troutt*, 820 F.3d 390, 394 (10th Cir.2016). Good cause is a nonrigorous standard that has been construed broadly. E.g., *Ahanchian v. Xenon Pictures, Inc.*, 624 F.3d 1253, 1259–60 (9th Cir.2010) (court improperly denied the motion to extend when P sought a one-week extension to his extremely short eight-day summary-judgment response deadline and requested relief was reasonable and justified and would not result in prejudice to any party).

15. Plaintiffs' request to extend time is for good cause and not intended to delay these proceedings. (See Fed. R. Civ. P. 6(b)(1)(A))

16. Motions filed before the deadline expires should normally be granted as long as there is no prejudice to another party and the movant did not act in bad faith. *Rachel*, 820 F.3d at 394; *Ahanchian*, 624 F.3d at 1259; *Wright and Miller* et al., Federal Practice and Procedure, Civil § 1165 (4th ed.) (footnote 10).

## C. CONCLUSION

- 3 -
PLAINTIFF'S MOTION TO ENLARGE TIME     2:22-CV-000125-TLN-JDP

17. The Plaintiffs are acting expeditiously and in good faith to complete the response to Defendants' Motion to Dismiss and file the motion of extension. Plaintiffs' request for a short delay is not prejudicial against Defendants'. For these reasons, Plaintiffs ask the Court to extend the time to respond to Defendants' Motion to Dismiss until June 1, 2022.

Dated this 29th, day of April 2022.

_____/s/_____
Desiree McGuire, Pro Se

_____
Cadence DeVault, Pro Se

# EXHIBIT #01

# EXHIBIT #01

| ATTORNEY (Name and Address) | | FOR COURT USE ONLY |
|---|---|---|
| Desiree McGuire<br>4625 Shade Tree Way<br>Antelope, CA 95843<br><br>EMAIL:<br>ATTORNEY FOR: **In Propria Persona** | | |
| NAME OF COURT, JUDICIAL DISTRICT or BRANCH COURT, IF ANY:<br>United States District Court - Eastern District of California<br>501 I St Ste 4200<br>Sacramento, CA 95814 | | |
| PLAINTIFF:<br>Desiree McGuire, et al | | COURT CASE NO.<br>**2:22-CV-00125-TLN-JDP** |
| DEFENDANT:<br>Roseville Joint Union High School District, et al. | | |
| **Affidavit of Unsuccessful Service** | | LEVYING OFFICER FILE NO.<br>**2022000153** |

1. At the time of the service I was at least 18 years of age and not a party to this action.

2. I received the following papers on: **02/04/2022**

   1. other (specify documents):
      **Complaint for Damages and Civil Rights Violations, Summons in a Civil Case**

3. After due search, careful inquiry and diligent attempts at the dwelling house or usual place of abode and/or business, I have been unable to make personal delivery of said process on the following person(s) herein named, to wit:

   **Jess Borjon**
   **8564 Santiago Cir**
   **Roseville, CA 95747**

4. See attached "Declaration of Diligence," incorporated herein by reference.

7. Person who attempted service:

   a. Name: **K. Ferreira, Deputy**

   b. Address: **Placer County Sheriff's Office, PCSO Civil Division, 2929 Richardson Dr., Auburn, CA 95603**

   c. Telephone number: **(530) 889-7885**

   d. The fee for service was: **$40.00**

9. I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date: Friday, February 18, 2022       by: _K. Ferreira_

Sheriff's Authorized Agent
Devon Bell, Sheriff-Coroner-Marshal

Judicial Council Form POS-010                    Original

| ATTORNEY (Name and Address) | TEL: | FOR COURT USE ONLY |
|---|---|---|
| Desiree McGuire<br>4625 Shade Tree Way<br>Antelope, CA 95843<br><br>EMAIL:<br>ATTORNEY FOR: In Propria Persona | | |
| NAME OF COURT, JUDICIAL DISTRICT or BRANCH COURT, IF ANY:<br>United States District Court - Eastern District of California<br>501 I St Ste 4-200<br>Sacramento, CA 95814 | | |
| PLAINTIFF:<br>Desiree McGuire, et al<br>DEFENDANT:<br>Roseville Joint Union High School District, et al. | | COURT CASE NO:<br>2:22-CV-00125-TLN-JDP |
| **Declaration of Diligence** | | LEVYING OFFICER FILE NO:<br>2022000153 |

Declaration of attempts to personally serve: **Jess Borjon**

1. **02/17/2022 07:58 AM** — Address: 8564 Santiago Cir, Roseville, CA 95747
   : K. Ferreira, Deputy
   Remark: K Ferreira, Deputy, states that service of Summons and Complaint was attempted upon Jess Borjon at 8564 Santiago Cir, Roseville, CA 95747, but Jess Borjon was not found.

2. **02/17/2022 07:59 AM** — Address: 8564 Santiago Cir, Roseville, CA 95747
   : K. Ferreira, Deputy
   Remark: K Ferreira, Deputy, states that service was attempted upon Jess Borjon at 8564 Santiago Cir, Roseville, CA 95747, but there was no response.

3. **02/16/2022 06:18 PM** — Address: 8564 Santiago Cir, Roseville, CA 95747
   : K. Ferreira, Deputy
   Remark: K Ferreira, Deputy, states that service was attempted upon Jess Borjon at 8564 Santiago Cir, Roseville, CA 95747, but there was no response and a card was left.

4. **02/16/2022 10:07 AM** — Address: 8564 Santiago Cir, Roseville, CA 95747
   : K. Ferreira, Deputy
   Remark: K Ferreira, Deputy, states that service was attempted upon Jess Borjon at 8564 Santiago Cir, Roseville, CA 95747, but there was no response.

5. **02/15/2022 10:45 AM** — Address: 8564 Santiago Cir, Roseville, CA 95747
   : J. George, Deputy
   Remark: J George, Deputy, states that service was attempted upon Jess Borjon at 8564 Santiago Cir, Roseville, CA 95747, but there was no response.

6. **02/10/2022 09:07 AM** — Address: 8564 Santiago Cir, Roseville, CA 95747
   : K. Ferreira, Deputy
   Remark: K Ferreira, Deputy, states that service was attempted upon Jess Borjon at 8564 Santiago Cir, Roseville, CA 95747, but there was no response and a card was left.

7. **02/09/2022 07:58 AM** — Address: 8564 Santiago Cir, Roseville, CA 95747
   : J. George, Deputy
   Remark: J George, Deputy, states that service was attempted upon Jess Borjon at 8564 Santiago Cir, Roseville, CA 95747, but there was no response.

8. **02/08/2022 03:00 PM** — Address: 8564 Santiago Cir, Roseville, CA 95747
   : J. George, Deputy
   Remark: J George, Deputy, states that service was attempted upon Jess Borjon at 8564 Santiago Cir, Roseville, CA 95747, but there was no response.

Original

# EXHIBIT #02

# EXHIBIT #02

| ATTORNEY (Name and Address): | SBN: | FOR COURT USE ONLY |
|---|---|---|
| Desiree McGuire<br>4625 Shade Tree Way<br>Antelope, CA 95843<br><br>EMAIL:<br>ATTORNEY FOR: **In Propria Persona** | | |
| NAME OF COURT, JUDICIAL DISTRICT or BRANCH COURT, IF ANY:<br>United States District Court - Eastern District of California<br>501 I St Ste 4200<br>Sacramento, CA 95814 | | |
| PLAINTIFF:<br>Desiree McGuire, et al | | COURT CASE NO<br>2:22-CV-00125-TLN-JDP |
| DEFENDANT:<br>Roseville Joint Union High School District, et al. | | |
| **Affidavit of Unsuccessful Service** | | LEVYING OFFICER FILE NO:<br>2022000425 |

1. At the time of the service I was at least 18 years of age and not a party to this action.

2. I received the following papers on: 03/29/2022

   f. other *(specify documents)*:
   **Complaint for Damages and Civil Rights Violations, Summons in a Civil Case**

3. After due search, careful inquiry and diligent attempts at the dwelling house or usual place of abode and/or business, I have been unable to make personal delivery of said process on the following person(s) herein named, to wit:

   **Jess Borjon
   8564 Santiago Cir
   Roseville, CA 95747**

4. See attached "Declaration of Diligence," incorporated herein by reference.

7. **Person who attempted service:**

   a. Name: T. Thornsberry, Deputy

   b. Address: Placer County Sheriff's Office, PCSO Civil Division, 2929 Richardson Dr., Auburn, CA 95603

   c. Telephone number: (530) 889-7885

   d. The fee for service was: $40.00

9. I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date: Monday, April 4, 2022

by: *[signature]*

Sheriff's Authorized Agent
Devon Bell, Sheriff-Coroner-Marshal

| ATTORNEY (Name and Address): | SBN: | FOR COURT USE |
|---|---|---|
| Desiree McGuire<br>4625 Shade Tree Way<br>Antelope, CA 95843<br><br>EMAIL:<br>ATTORNEY FOR: In Propria Persona | | |
| NAME OF COURT, JUDICIAL DISTRICT or BRANCH COURT, IF ANY:<br>United States District Court - Eastern District of California<br>501 I St Ste 4200<br>Sacramento, CA 95814 | | |
| PLAINTIFF:<br>Desiree McGuire, et al | | COURT CASE NO:<br>2:22-CV-00125-TLN-JDP |
| DEFENDANT:<br>Roseville Joint Union High School District, et al. | | |
| **Declaration of Diligence** | | LEVYING OFFICER FILE NO:<br>2022000425 |

Declaration of attempts to personally serve: **Jess Borjon**

1. 04/01/2022 11:09 AM     Address: 8564 Santiago Cir, Roseville, CA 95747
   : T. Thornsberry, Dep   Remark: T Thornsberry, Deputy, states that service of Summons and Complaint was attempted upon Jess Borjon at 8564 Santiago Cir, Roseville, CA 95747, but Jess Borjon was not served.

2. 04/01/2022 11:09 AM     Address: 8564 Santiago Cir, Roseville, CA 95747
   : T. Thornsberry, Dep   Remark: T Thornsberry, Deputy, states that service was attempted upon Jess Borjon at 8564 Santiago Cir, Roseville, CA 95747, but there was no response.

3. 03/31/2022 08:22 AM     Address: 8564 Santiago Cir, Roseville, CA 95747
   : T. Thornsberry, Dep   Remark: T Thornsberry, Deputy, states that service was attempted upon Jess Borjon at 8564 Santiago Cir, Roseville, CA 95747, but there was no response.

4. 03/30/2022 02:44 PM     Address: 8564 Santiago Cir, Roseville, CA 95747
   : T. Thornsberry, Dep   Remark: T Thornsberry, Deputy, states that service was attempted upon Jess Borjon at 8564 Santiago Cir, Roseville, CA 95747, but there was no response.