Brenda Pandos
5150 Fair Oaks Blvd Ste 101 #122
Carmichael, CA 95608
Email: saccounty@pm.me



**FILED**

MAY 0 2 2022

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

# PROOF OF SERVICE
[Pursuant to Cal.Civ. Proc. Code § (e)]

2:22-cv-125-TLN-JDP

I, the undersigned declare as follows:
I am at least 18 years old
My mailing address is (specify):

| |
|---|
| 5150 Fair Oaks Blvd Ste 101 #122<br>Carmichael, CA 95608 |

My electronic service address is:

| |
|---|
| saccounty@pm.me |

I served the following documents:

| |
|---|
| 1) MOTION FOR ENLARGEMENT OF TIME: DECLARATION/EXHIBITS<br>2) PROOF OF SERVICE |

I electronically served the documents as follows:

| Name of person served: | Sloan Robert Simmons |
|---|---|
| On the behalf of: | Lozano Smith Attorneys |
| Service address: | One Capitol Mall<br>Suite 640<br>Sacramento, CA 95814 |

On (date):   05/02/2022

I certify (or declare) under penalty of perjury under the laws of the State of California that the forgoing is true and correct. This declaration was executed at Carmichael, California

_____Brenda Pandos_____    _____[signature]_____
(Name of Declarant)                         Signature