Sloan R. Simmons, SBN 233752
ssimmons@lozanosmith.com
Michelle L. Cannon, SBN 172680
mcannon@lozanosmith.com
Alyssa R. Bivins, SBN 308331
abivins@lozanosmith.com
**LOZANO SMITH**
One Capitol Mall, Suite 640
Sacramento, CA 95814
Telephone:      (916) 329-7433
Facsimile:       (916) 329-9050

Attorneys for Defendants
ROSEVILLE JOINT UNION HIGH SCHOOL DISTRICT,
BOARD OF TRUSTEES OF THE RJUHSD, JOHN BECKER,
ANDREW TAGG, SCOTT E. HUBER, JULIE K. HIROTA,
PETE CONSTANT, HEIDI J. HALL, BARBARA HUBER,
MARLON GAYLE, Ed.D., and DESIRRE DELORGE

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DESIREE McGUIRE, a private person; and CADENCE DeVAULT (C.D.); and those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ROSEVILLE JOINT UNION HIGH SCHOOL DISTRICT, et al.,<br><br>Defendants. | Case No. 2:22-CV-00125-TLK-JDP<br><br>**RESPONSE AND NOTICE RE: PLAINTIFF'S MOTION TO EXTEND TIME TO FILE RESPONSE TO DEFENDANTS' MOTION TO DISMISS**<br><br>Date:           May 19, 2022<br>Time:          10:00 a.m.<br>Courtroom:   9, 13th Floor<br><br>Action Filed: Jan. 20, 2022<br>Judge:          Hon. Troy L. Nunley |

Resp. and Not. Re: Pls.' Mot. to Extend Time to File Response

McGuire, et. al. v. Roseville JUHSD, et al.
Case No. 2:22-CV-00125-TLN-JDP

1   Defendants Roseville Joint Union High School District, Board of Trustees of the RJUHSD, John

2 Becker, Andrew Tagg, Scott E. Huber, Julie K. Hirota, Pete Constant, Heidi J. Hall, Barbara Huber,

3 Marlon Gayle, Ed.D., and Desirre Delorge ("Defendants") hereby respond and provide notice of the

4 following:

5   On April 29, 2022, Plaintiffs Desiree McGuire and Cadence DeVault's ("Plaintiffs") filed their

6 Motion requesting additional time to respond to Defendants' Motion to Dismiss (ECF Document

7 No. 12). Later that day, Plaintiffs filed their response and opposition to Defendants' Motion to Dismiss

8 (ECF Document No. 13).

9   Due to Plaintiffs timely filing of their response and opposition to Defendants' Motion to

10 Dismiss, Defendants respectfully request that the Court deny as moot Plaintiffs' Motion for Extension of

11 Time.

Dated:  May 5, 2022                     Respectfully submitted,

**LOZANO SMITH**

/s/ Sloan R. Simmons
SLOAN R. SIMMONS
MICHELLE L. CANNON
ALYSSA R. BIVINS
Attorneys for Defendants
ROSEVILLE JOINT UNION HIGH SCHOOL DISTRICT, BOARD OF TRUSTEES OF THE RJUHSD, JOHN BECKER, ANDREW TAGG, SCOTT E. HUBER, JULIE K. HIROTA, PETE CONSTANT, HEIDI J. HALL, BARBARA HUBER, MARLON GAYLE, Ed.D., and DESIRRE DELORGE

LOZANO SMITH
One Capitol Mall, Suite 640 Sacramento, California 95814
Tel 916-329-7433  Fax 916-329-9050

**PROOF OF SERVICE**

I, Rachelle Esquivel, declare that I am employed in the County of Sacramento California. I am over the age of 18 years and not a party to this action; my business address is 1 Capitol Mall, Suite 640, Sacramento, California, 95814. My email address is resquivel@lozanosmith.com.

On May 5, 2022, I served the following:

**RESPONSE AND NOTICE RE: PLAINTIFF'S MOTION TO EXTEND TIME TO FILE RESPONSE TO DEFENDANTS' MOTION TO DISMISS**

on each interested party in said cause, and as indicated below:

[X]   (*By Federal Express/Overnight Mail*) on all parties in said action by depositing a true and correct copy thereof in a sealed envelope/packet for overnight mail delivery, with charges thereon fully paid, in a Federal Express collection box, at Sacramento, California, and addressed as set forth below.

| | |
|---|---|
| Desiree McGuire<br>4625 Shade Tree Way<br>Antelope, CA 95843 | *Plaintiff, Pro Se* |
| Cadence DeVault<br>4625 Shade Tree Way<br>Antelope, CA 95843 | *Plaintiff, Pro Se* |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on May 5, 2022, at Sacramento, California.

/s/ Rachelle Esquivel
Rachelle Esquivel