1
2
3
4
5
6
7

8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   DESIREE MCGUIRE, *et al.*,              Case No.  2:22-cv-00125-TLN-JDP (PS)

12              Plaintiffs,                  ORDER DENYING PLAINTIFFS' MOTION
                                             FOR A SECOND EXTENSION OF TIME
13        v.
                                             ECF No. 12
14   ROSEVILLE JOINT UNION HIGH
     SCHOOL DISTRICT, *et al.*,
15
                Defendants.
16

17
            On April 29, 2022, plaintiffs filed a motion for a second extension of time to file a
18
     response to defendants' motion to dismiss.  ECF No. 12.  Shortly after filing that motion,
19
     plaintiffs timely filed an opposition to defendants' motion.  ECF No. 13.  Accordingly, plaintiffs'
20
     motion for an extension of time is denied as unnecessary.
21

22   IT IS SO ORDERED.

23

24   Dated:    May 5, 2022                   _____
                                             JEREMY D. PETERSON
25                                           UNITED STATES MAGISTRATE JUDGE

26
27
28