UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESIREE MCGUIRE, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ROSEVILLE JOINT UNION HIGHSCHOOL DISTRICT, et al.,<br><br>Defendants. | No. 2:22-cv-00125-TLN-JDP<br><br>**ORDER** |

On September 7, 2022, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 19.) On September 21, 2022, Plaintiffs and Defendants filed objections to the findings and recommendations, and the parties' objections have been considered by the Court.[1] (ECF Nos. 20, 21.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

---

[1] Defendants request the Court take judicial notice of a school record and a school policy in support of their objections to the findings and recommendations. (ECF No. 20-1.) Because the Court adopts the findings and recommendations in full, the Court denies Defendants' request for judicial notice as unnecessary.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations filed September 7, 2022 (ECF No. 19) are ADOPTED in full; and

2. Defendants' Motion to Dismiss (ECF No. 6) is GRANTED and the Complaint (ECF No. 1) is DISMISSED with leave to amend. Plaintiffs shall have thirty (30) days from the electronic filing date of this Order to file an amended complaint.

DATED: September 26, 2022

Troy L. Nunley
United States District Judge