UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESIREE MCGUIRE, *et al.*, <br><br>  Plaintiffs, <br><br> v. <br><br> ROSEVILLE JOINT UNION HIGH SCHOOL DISTRICT, *et al.*, <br><br>  Defendants. | Case No. 2:22-cv-00125-TLN-JDP (PS) <br><br> ORDER GRANTING PLAINTIFFS' MOTION FOR AN EXTENSION OF TIME AND DENYING THEIR MOTION FOR PERMISSION TO FILE DOCUMENTS ELECTONRICALLY <br><br> ECF Nos. 22 & 26 |

   Plaintiffs have filed a motion for a thirty-day extension of time to respond to defendants' motion to dismiss. ECF No. 26. Good cause appearing, their motion is granted.

   Plaintiffs have also moved for permission to file documents electronically. ECF No. 22. Generally, "any person appearing pro se may not utilize electronic filing except with permission of the assigned Judge or Magistrate Judge." E.D. Cal. L.R. 133(b)(2). "Requests to use paper or electronic filing as exceptions from these Rules shall be submitted as stipulations as provided in L.R. 143 or, if a stipulation cannot be had, as written motions setting out an explanation of reasons for the exception." E.D. Cal. L.R. 133(b)(3).

   Plaintiffs' motion neither indicates whether a stipulation to file electronically was sought, nor does it demonstrate good cause for a departure from the normal filing procedure for

unrepresented litigants. The motion is therefore denied. If the case proceeds and plaintiffs have not abused the filing procedures, the court may entertain another motion.[1]

Accordingly, it is hereby ORDERED that:

1. Plaintiffs' motion for an extension of time, ECF No. 26, is granted.

2. The January 12, 2023 hearing on defendants' motion to dismiss is continued to January 19, 2023, at 10:00 a.m., in Courtroom No. 9.

3. By no later than January 5, 2023, plaintiffs shall file an opposition or statement of non-opposition to defendants' motion to dismiss.

4. Defendants may file a reply to plaintiffs' opposition, if any, no later than January 12, 2023.

5. Plaintiffs' motion for permission to file documents electronically, ECF No. 22, is denied.

6. Plaintiffs' motion to expedite, ECF No. 27, is denied as moot.

7. Failure to comply with this order may result in a recommendation that this action be dismissed for lack of prosecution, failure to comply with court orders, and failure to comply with local rules.

IT IS SO ORDERED.

Dated:   December 1, 2022

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiffs have also filed a motion asking the court to expedite consideration of their request to file documents electronically. ECF No. 27. In light of this order, that motion is denied as moot.

2

3