1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESIREE McGUIRE, *et al.*, | Case No. 2:22-cv-00125-TLN-JDP (PS) |
| Plaintiffs, | |
| v. | ORDER |
| ROSEVILLE JOINT UNION HIGH SCHOOL DISTRICT, *et al.*, | |
| Defendants. | |

Plaintiffs have filed a second motion for an extension of time to file objections to the June 6, 2023 findings and recommendations, ECF No. 38, which defendants oppose, ECF No. 39. Good cause appearing, it is hereby ORDERED that:

1.  Plaintiffs' motion for an extension of time, ECF No. 38, is granted.

2.  Plaintiffs are granted until July 27, 2023, to file objections to the June 6, 2023 findings and recommendations.

3.  Absent extraordinary circumstances, no further extensions will be granted.

IT IS SO ORDERED.


Dated:   July 5, 2023                                    _____
                                                         JEREMY D. PETERSON
                                                         UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28